1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10   NICKY ROTTENS INVESTMENT              CASE NO. 12-cv-02173 JM (RBB)
     GROUP, INC., a California
11   corporation,                         ORDER GRANTING JOINT MOTION
                                          TO DISMISS WITH PREJUDICE
12                        Plaintiff,

13        v.

14   CITY OF CORONADO, a municipal
     corporation, and BLAIR KING,
15
                          Defendants.
16          On January 13, 2014, the parties filed a joint motion to dismiss.  Dkt. No. 31.

17   In accordance with their request, this action is hereby dismissed with prejudice, with

18   all parties to bear their own costs and attorneys' fees.  Further, each party releases and

19   waives any and all claims against the other arising out of or relating to the lawsuit.

20          IT IS SO ORDERED.

21   DATED:  January 15, 2014

22                                        _____
23                                        Hon. Jeffrey T. Miller
                                          United States District Judge
24
25
26
27
28